IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

    v.        Criminal No. 11-50050

IVAN MARQUEZ-VEGA                                          DEFENDANT/MOVANT

### ORDER

Now on this 19th day of February, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #40), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #40) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that **Defendant's § 2255 motion (document #25) is DENIED in all respects.**

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE